ZAINEY, J.
AUGUST 9, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER HODGE                                           CIVIL ACTION

VERSUS                                                       NO. 04-0965

RICHARD L. STADLER, ET AL                                    SECTION "A"(3)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own in this matter.

ACCORDINGLY,

**IT IS ORDERED** that Plaintiff's **Motion for a Preliminary Injunction (Rec. Doc. 27)** is **DENIED**.

New Orleans, Louisiana, this 9th day of August, 2005.

UNITED STATES DISTRICT JUDGE