

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 24  AM 7:43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER M. HODGE** | CIVIL ACTION |
| **VERSUS** | NO. 04-0965 |
| **RICHARD L. STALDER, ET AL.** | SECTION "A" (3) |

## ORDER AND REASONS

Plaintiff, Christopher M. Hodge, a state prisoner, filed this *pro se* and *in forma pauperis* civil action pursuant to 42 U.S.C. § 1983. Plaintiff named as defendants Richard L. Stalder, James D. Miller, Capt. John Tuttlos, Lt. Mitchell, Master Sergeant Petters, Master Sergeant Jackson, Wayne Seal, J.P. Miller, Keith Beckham, and Ronald Dedon.

Ronald Dedon has filed a motion for summary judgment on behalf of Capt. John Tuttlos, Lt. Mitchell, Master Sergeant Petters, and Master Sergeant Jackson.[1] Dedon argues that Tuttlos, Mitchell, Petters, and Jackson were never served and the claims against them should be dismissed pursuant to Fed.R.Civ.P. 4(m). Plaintiff has not opposed that motion. The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge.[2]

---

[1] Rec. Doc. 51.

[2] Rec. Doc. 56.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

The Court finds that Dedon's motion is moot, in that the claims against Tuttlos, Mitchell, Petters, and Jackson have already been dismissed. In the Report and Recommendation issued in this case regarding the prior motion to dismiss, the undersigned noted:

> Defendants Capt. John Tuttlos, Lt. Mitchell, Master Sergeant Petters, and Master Sergeant Jackson have not been served. Rec. Docs. 8, 9, 10, and 11. Therefore, those defendants obviously have not joined in the motion. Nevertheless, the Court has the authority to dismiss the claims against those defendants *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B).[3]

The undersigned then recommended that the retaliation claim against Dedon be allowed to proceed but that **all** of plaintiff's other claims be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). That recommendation was accepted by the United States District Judge, and all claims except for the retaliation claim against Dedon were dismissed.[4]

Accordingly, Dedon's motion for summary judgment, Rec. Doc. 51, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23 day of January, 2006.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

---

[3] Rec. Doc. 25, p. 3 n.3

[4] Rec. Doc. 48.